```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 07443
    WILLIAM QUARLES
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-5232


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/25/07 and confirmed on 09/13/07.

     2.  The case was dismissed after confirmation, 03/07/2008.

     3.  The Debtor paid a total of $    850.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | 1345.08 | .00 | .00 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK NA | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 1020.00 | .00 | .00 |
| CNAC | UNSECURED | NOT FILED | .00 | .00 |
| CNAC | UNSECURED | 6957.40 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 2972.02 | .00 | .00 |
| CREDIT & DISCOUNT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | NOT FILED | .00 | .00 |
| LIGHTHOUSE FINANCIAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| MARAUDER CORPORATION | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1489.42 | .00 | .00 |
| OSI COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SACE TELECOM | UNSECURED | 260.42 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| TALK AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CONSUMER FINANCIA | UNSECURED | 1731.30 | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| Z-TEL COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |

```
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     334.00              .00         334.00
ERS                        UNSECURED        1177.22              .00            .00
NEXTEL COMMUNICATIONS      UNSECURED         738.33              .00            .00
AMERICREDIT FINANCIAL/LO   UNSECURED       10058.81              .00            .00
       Summary of disbursements:
---------------------------------------------------------------------------------
                        SECURED      PRIORITY     UNSECURED       OTHER        TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00       1679.08      26404.92         .00      28084.00
PRINCIPAL PAID             .00        334.00           .00         .00        334.00
INTEREST PAID              .00           .00           .00         .00           .00
TOTAL PAID                 .00        334.00           .00         .00        334.00
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   2500.00
and was paid $       477.75 .

The Trustee received $       38.25 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 06/24/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 07 B 07443 WILLIAM QUARLES